IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA D. WALTON, | ) | CIVIL ACTION NO. |
| | ) | 5:09-CV-302-FL |
| Plaintiff, | ) | |
| | ) | |
| – against – | ) | **ORDER** |
| | ) | |
| THE NORTH CAROLINA DEPARTMENT | ) | |
| OF AGRICULTURE AND CONSUMER | ) | |
| SERVICES and ROBERT N. BROGDEN, | ) | |
| JR., | ) | |
| | ) | |
| Defendants. | ) | |

THIS CAUSE COMING ON TO BE HEARD, and being heard by the undersigned Chief United States District Court Judge on the Motion of the Defendant, the North Carolina Department of Agriculture and Consumer Services (the "Department of Agriculture"), for the entry of an Order directing the Clerk of the Court to seal the record in the above-captioned matter with respect to seven (7) documents filed with the Court by the Department of Agriculture in this matter on June 20, 2011 on the ground that said documents contain one or more references to a person's Social Security number, date of birth and/or other information that should not be made publicly available; and

IT APPEARING TO THE COURT that the Motion of the Department of Agriculture is supported by just cause, that it will not prejudice any party and that it will protect the confidentiality interests of third persons.

NOW, THEREFORE, it is ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall place under seal the following Exhibits from "The North Carolina Department of Agriculture and Consumer Services' Appendix of Exhibits in Support of its Motion to Exclude

From the Evidence in this Case the Testimony of the Plaintiff's Proposed Expert Witnesses, Susan G. Myers, M.D., and Alessandra Nelson, PLC:"

Attachment 4 to Docket Number 73 – Exhibit 3 to "The North Carolina Department of Agriculture and Consumer Services' Appendix of Exhibits in Support of its Motion to Exclude From the Evidence in this Case the Testimony of the Plaintiff's Proposed Expert Witnesses, Susan G. Myers, M.D., and Alessandra Nelson, PLC," entitled "The transcript of the deposition of Susan G. Myers, M.D., taken on December 14, 2010;"

Attachment 5 to Docket Number 73 – Exhibit 4 to "The North Carolina Department of Agriculture and Consumer Services' Appendix of Exhibits in Support of its Motion to Exclude From the Evidence in this Case the Testimony of the Plaintiff's Proposed Expert Witnesses, Susan G. Myers, M.D., and Alessandra Nelson, PLC," entitled "The transcript of the deposition of Alessandra Nelson, LPC, taken on December 14, 2010;"

Attachment 7 to Docket Number 73 – Exhibit 6 to "The North Carolina Department of Agriculture and Consumer Services' Appendix of Exhibits in Support of its Motion to Exclude From the Evidence in this Case the Testimony of the Plaintiff's Proposed Expert Witnesses, Susan G. Myers, M.D., and Alessandra Nelson, PLC," entitled "Certified copy of Richard K. Walton's criminal record;"

Attachment 8 to Docket Number 73 – Exhibit 7 to "The North Carolina Department of Agriculture and Consumer Services' Appendix of Exhibits in Support of its Motion to Exclude From the Evidence in this Case the Testimony of the Plaintiff's Proposed Expert Witnesses, Susan G. Myers, M.D., and Alessandra Nelson, PLC," entitled "Report of Forensic Psychiatric Evaluation of Angela D. Walton Pursuant to Rule 35 of the Federal Rules of Civil Procedure" by George P. Corvin, M.D., D.F.A.P.A.;

Attachment 9 to Docket Number 73 – Exhibit 8 to "The North Carolina Department of Agriculture and Consumer Services' Appendix of Exhibits in Support of its Motion to Exclude From the Evidence in this Case the Testimony of the Plaintiff's Proposed Expert Witnesses, Susan G. Myers, M.D., and Alessandra Nelson, PLC," entitled "The Transcript of the deposition of Angela D. Walton, taken on August 30, 2010;"

Attachment 10 to Docket Number 73 – Exhibit 8 to "The North Carolina Department of Agriculture and Consumer Services' Appendix of Exhibits in Support of its Motion to Exclude From the Evidence in this Case the Testimony of the Plaintiff's Proposed Expert Witnesses, Susan G. Myers, M.D., and Alessandra Nelson, PLC," entitled "Transcript of Deposition of Plaintiff, pages 107-203;" and

Attachment 11 to Docket Number 73 – Exhibit 8 to "The North Carolina Department of Agriculture and Consumer Services' Appendix of Exhibits in Support of its Motion to Exclude From the Evidence in this Case the Testimony of the Plaintiff's Proposed Expert Witnesses, Susan G. Myers, M.D., and Alessandra Nelson, PLC," entitled "Plaintiff's Deposition Exhibits."

IT IS SO ORDERED THIS __1st__ DAY OF __July__ 2011.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE